**IN RE: ESTATE OF DANIEL ROBERT KNIGHT, Deceased**

19 So. (2nd) 615                                        June Term, 1944
August 1, 1944                                              En Banc
On Rehearing Nov. 7, 1944

*Lilburn R. Railey,* for appellant.

*Jos. M. Cheatham, Morrow & Mays,* and *B. F. Paty,* for appellee.

PER CURIAM:

On authority of North, et al., v. Ringling and Ringling v. North, et al., 149 Fla. 739, 7 So. (2nd) 476, the judgment of the Circuit Court affirming the judgment of the county judge's court is

Reversed.

TERRELL, BROWN, CHAPMAN, THOMAS and SEBRING, JJ., concur.

BUFORD, C. J., and ADAMS, J., dissent.

ON REHEARING

PER CURIAM:

A rehearing having been granted in this cause and the case having been further considered upon the record and upon briefs and argument of counsel for the respective parties, it is thereupon ordered and adjudged by the Court that the judgment of the circuit court in this cause be and is reversed and such reversal is hereby re-affirmed and adhered to on rehearing.

TERRELL, CHAPMAN, THOMAS and SEBRING, JJ., concur.

BUFORD, C. J., BROWN and ADAMS, JJ., dissent.